377 A.2d 176

Commonwealth v. Krause, Appellant.

Submitted September 22, 1976. Ambrose R. Campana, and Campana & Campana, for appellant; Robert F. Banks, First Assistant District Attorney, and Allen E. Ertel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 177

Commonwealth v. Lee, Appellant.

Submitted September 13, 1976. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.